CHARLES E. MERRILL and Others, Copartners, etc., Respondents, v. NATHANIEL H. WHEELER, Appellant, Impleaded with DEE ALLEN.— Judg-

ment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.